FILED
JUN 21 2023
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:23CR323-HEA/SPM |
| CORTEZ HARMON, | ) |
| Defendant. | ) |

**MOTION FOR PRETRIAL DETENTION AND HEARING**

Comes now the United States of America, by and through its Attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and C. Ryan Finlen, Assistant United States Attorney for said District, and moves the Court to order Defendant detained pending trial pursuant to Title 18, United States Code, §3141, et seq.

As and for its grounds, the United States of America states as follows:

1. On June 24, 2022, Defendant was sentenced to 46 months' imprisonment in case number 4:20-CR-00124-JAR after pleading guilty to possessing a firearm as a previously-convicted felon.

2. After he arrived at the Bureau of Prisons, Defendant was transferred to the Dismas House in St. Louis, Missouri. His release date was projected to occur in October 2023

3. At approximately 4 o'clock on the morning of June 20, 2023, Defendant approached the front desk of Dismas House and instructed the staff to "sign him out of here." Without receiving permission to leave, Defendant ran out of the Dismas House barefoot.

4. Since June 20, 2023, Defendant has not returned to Dismas House.

5. Should Defendant be released on bond in this matter, Defendant will be returned to the Bureau of Prisons to serve the remainder of his sentence in 4:20-CR-00124. The Bureau

of Prisons will designate Defendant's placement, which may be hundreds, if not thousands, of miles away from the Thomas F. Eagleton Courthouse. For each hearing, the Court will have to issue a writ to obtain Defendant's appearance.

6. Given Defendant's failure to return to BOP custody, there are no conditions or combination of conditions that will reasonably assure Defendant's appearance as required.

WHEREFORE, the United States requests this Court to order Defendant detained prior to trial.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

*s/ C. Ryan Finlen*
C. RYAN FINLEN, #6305918(IL)
Assistant United States Attorney